105 So.2d 145

**Bryant P. LONG**

v.

**STATE.**

**4 Div. 956.**

Supreme Court of Alabama.

June 26, 1958.

Rehearing Denied Sept. 25, 1958.

Sol E. Brinsfield, Jr., and Frank J. Mizell, Jr., Montgomery, for petitioner.

John Patterson, Atty. Gen., and Edmon L. Rinehart, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Bryant P. Long for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court after remandment in Long v. State, 39 Ala.App. 372, 105 So.2d 136.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

See also, ante, p. 1, 105 So.2d 144.

105 So.2d 700

**Dorothy CONNELL**

v.

**STATE.**

**6 Div. 342.**

Supreme Court of Alabama.

Oct. 9, 1958.

Skidmore & Davidson, Tuscaloosa, for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Dorothy Connell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Connell v. State, 39 Ala.App. 531, 105 So.2d 695.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

105 So.2d 714

**Edward MILLER**

v.

**STATE.**

Supreme Court of Alabama.

Oct. 9, 1958.

E. C. Orme, Troy, for petitioner.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Edward Miller for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Miller v. State, 39 Ala.App. 584, 105 So.2d 711.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.